# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT MC KENZIE and** ) <br> **CHERYL MC KENZIE,** ) <br> ) <br>       **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **ALLIED INTERSTATE, INC.,** ) <br> ) <br>       **Defendant.** ) | 8:09CV118 <br><br> ORDER |

Following a telephone conference with counsel for the parties on October 23, 2009,

**IT IS ORDERED that:**

1. **On or before November 10, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 23rd day of October, 2009.

                                                 BY THE COURT:

                                                 s/Thomas D. Thalken <br>
                                                United States Magistrate Judge